No. 70–104. JAVOR ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–144. NEWSWEEK, INC. *v.* VANDENBURG. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–172. WOOSLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–176. ROSENSPAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–180. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–185. SANDERS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 70–227. YI AU LAU ET AL. *v.* UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE; and

No. 70–243. TIT TIT WONG ET AL. *v.* UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Reported below: 144 U. S. App. D. C. 147, 445 F. 2d 217.